IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

OSCAR L. DAVIS
   PLAINTIFF

VS.                                            CIVIL ACTION: 08-560-CG-C

COMPASS BANK
HOSEA MARIA GARCIA MEYERS
CHUCK STEVENS
CHUCK STEVENS C/D/J
BOBBY HENSELL
   DEFENDANT

## COMPLAINT

THIS COMPLAINT STEMS OUT OF THE MISREPSENTATION AND THE CONSPIRACY TO DEFRUAD PLAINTIFF BY THESE DEFENDANTS IN A(N) ATTEMPT TO PURCHASE A CAR FROM CHUCK STEVENS CHRYSLER-DODGE-JEEP. SEVERAL CONTRACTS WERE MADE BY AGENT OF COMPASS BANK AND CHUCK STEVENS AND CHUCK STEVENS CHRYSLER-DODGE-JEEP. SEVERAL CONTRACTS TO PURCHASE (1) 2008 JEEP COMPASS, REFLECTING DIFFERENT AMOUNTS FOR PURCHASE PRICE AND DIFFERENT TITLE APPLICATION SHOWING A CAR OTHER THAN THE 2008 JEEP COMPASS. PLAINTIFF WERE CO ERECED INTO SIGNING THE DIFFERENCE CONTRACTS WITHOUT A CLEAR UNDERSTANDING OF WHAT HE WERE BUYING OR THE PURCHASE PRICE. AFTER SEVERAL ATTEMPTS BY PLAINTIFF TO GET THE DEFENDANTS TO CLEARIFY BY PHONE AND WRITTEN LETTERS TO NO AVAIL; PLAINTIFF HAVE NO OTHER CHOICH BUT FILE THIS LAW SUIT; DEFENDANTS ARE IN VIOLATION OF 15 U.S.C.A. 1691 et seq (EQUAL CREDIT OPPORTUNITY ACT.)

COUNT I ---- **MISREPRESENTATION**

THE DEFENDANTS ALTERED THE SALE PRICE FROM THE MANUFACTURE'S SUGGESTED RETAIL PRICE ON THE FEDERAL WINDOW

STICKER ON THE 2008 JEEP COMPASS, RAISING THE PROFIT FOR THE DEFENDANTS OVER $5000.00 DOLLARS, WITHOUT ADDING ANY OTHER EQUIPMENT.

WHEREFORE PLAINTIFF DEMANDS DAMAGES IN EXCESS OF STATUTORY MINIMUM OF THIS COURT, PLUS ALL COST ASSOCIATED WITH THIS ACTION.

## COUNT II ------ CONSPIRACY TO DEFRUAD

THE DEFENDANTS CONSPIRED TO DEFRUAD THE PLAINTIFF BY RAISING THE MANUFACTURES SUGGESTED RETAIL PRICE OF THE 2008 JEEP COMPASS TO REFLECT THE AMOUNT FINANCE TO EXCEED $7000.00 DOLLARS OVER THE MANUFACTURE'S SUGGESTED RETAIL PRICE AND RAISING THE INTEREST RATE, SO AS TO PREVENT PLAINTIFF FROM RECIEVING PAYMENTS HE IS ENTITLED TO OR REFINANCING THIS VEHICLE TO ACHIEVE A MORE DESIRABLE PAYMENT.

WHEREFORE PLAINTIFF DEMANDS DAMAGES OF $250,000.00 DOLLARS COMPENSATORY DAMAGES AND $750,000.00 DOLLARS PURNITIVE DAMAGES PLUS ALL COST ASSOCIATED WITH THIS ACTION.

## COUNT III ------ FRUAD

THE DEFENDANTS DEFRUADED PLAINTIFF BY CO-ERCING PLAINTIFF TO SIGN MULTIPLE CONTRACTS AND TITLE APPLICATIONS, LEAVING PLAINTIFF NOT KNOWING EXACTLY WHAT HE WERE BUYING OR HOW MUCH HE IS PAYING FOR THIS 2008 JEEP COMPASS OR IF HE REALLY PURCHASED A 2007 DODGE CHARGER.

WHEREFORE PLAINTIFF DEMANDS COMPENSATORY DAMAGES OF $500,000.00 DOLLARS AND PURNITIVE DAMAGES OF $500,000.00 DOLLARS PLUS ALL COST ASSOCIATED WITH THIS ACTION. PLAINTIFF MOVES THIS COURT TO STAY EXECUTION OF ALL CONTRACTS IN THIS MATTER PENDING TRAIL. PLAINTIFF DEMANDS TRIAL BY JURY.

DONE THIS 29th DAY OF SEPTEMBER 2008.

*Oscar L. Davis*
OSCAR L. DAVIS
1716 JARRELL ST.
WHISTLER, AL. 36612
(251) 452-2407