IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

OSCAR L. DAVIS
    PLAINTIFF

VS.                                    CA 08 – 0560 –CG-C

COMPASS BANK ET AL
    DEFENDANTS

FILED NOV 18 '08 PM 2:27 USDCALS

## AMENDED COMPLAINT

    THIS COMPLAINT STEMS OUT OF THE MISREPRESENTATION AND THE CONSPIRACY TO DEFRUAD PLAINTIFF BY THESE DEFENDANTS AND THEIR STAFF(S) IN A (N) ATTEMPT TO PURCHASE A CAR FROM CHUCK STEVENS CHRYSLER / DODGE / JEEP . SEVERAL RETAIL INSTALLMENT CONTRACTS WERE MADE BY AGENTS OF CAMPASS BANK AND CHUCK STEVENS C/D/J . SEVERAL CONTRACTS TO PURCHASE (1) 2008 JEEP COMPASS ; REFLECTING DIFFERENT AMOUNTS FOR PURCHASE PRICE AND DIFFERENT TITLE APPLICATION SHOWING A CAR OTHER THAN THE 2008 JEEP COMPASS ( 2007 DODGE CHARGER) . PLAINTIFF WERE CO- ERCED INTO SIGNING THE DIFFERENT CONTRACTS WITHOUT A CLEAR UNDERSTANDING OF WHAT HE WERE BUYING OR THE PURCHASE PRICE . NO PROPER DISCLOSURE . AFTER SEVERAL ATTEMPTS BY PL;AINTIFF TO GET THE DEFENDANTS TO CLEARIFY THIS BY PHONE AND WRITING LETTERS TO NO AVAIL ; PLAINTIFF HAD NO OTHER CHOICH BUT TO FILE THIS LAW SUIT ; DEFENDANTS ARE IN VIOLATION OF 15 U.S.C.A. 1691 ET SEQ
      ( EQUAL CREDIT PROTECTION ACT )

THE JURISDICTION OF THIS COURT LIES IN THE CONGRESSIONAL FINDINGS AND STATEMENT OF PURPOSE: SECTION 502 OF PUB. L. 93 – 495 PROVIDED THAT:

THE CONGRESS FINDS THAT THE VARIOUS FINANCIAL INSTITUTIONS AND OTHER FIRMS ENGAGED IN THE EXTENTION OF CREDIT EXERCISE THEIR RESPONSIBILITY TO MAKE CREDIT AVAILABLE WITH FAIRNESS, IMPARTIALITY AND WITHOUT DISCRIMINATION. ECONOMIC STABILIZATION WOULD BE ENHANCED AND COMPETITION AMONG THE VARIOUS FINANCIAL INSTITUTIONS AND OTHER FIRMS ENGAGED IN THE EXTENSION OF CREDIT WOULD BE STRENGTHGENED BY AN ABSENCE OF DISCRIMINATIONAS WELL AS BY THE INFORMED USE OF CREDIT, WHICHCONGRESS HAS HERETOFORE SOUGHT TO PROMOTE, IT IS THE PURPOSE OF THIS ACT.[ SEE SHORT TITLE SET OUIT IN SECTION 1601 OF THIS TITLE ]. THE DEFENDANTS VIOLATED THIS ACT BECAUSE PLAINTIFF IN "GOOD FAITH" TRIED TO EXERCISE HIS RIGHT TO PURCHASE A NEW AUTOMOBILE AND WERE ENTITLED TO BE TOLD THE TRUTH AND MADE AWARE OF ALL FINANCIAL ARRANGEMENTS WITH PROPER DISCLOSURE BY THE DEFENDANTS DURING THIS TRANSACTION, BUT WERE NOT ; LIES UNDER THE SCOPE OF PROHIBITIONS OF 15 U.S.C.A.1691 (A), (3)

COUNT I --- <u>MISREPRESENTATION</u>

NO DISCLOSURE OF WHY PRICE CHANGED. THE DEFENDANT BOBBY HANSEN ( HENSELL) BY AUTHORITY OF CHUCK STEVENS, D/B/A/ CHUCK STEVENS CHRYSLER – DODGE – JEEP SHOWED THE 2008 JEEP COMPASS SELL PRICE AS STATED ON THE FEDERAL WINDOW STICKER ; THEN HAD IT CHANGED $5000.00 DOLLARS ON ONE CONTRACT THAT THEY HAD PLAINTIFF TO SIGN, RAISING THE PROFIT FOR THESE DEFENDANTS OVER $5000.00 DOLLARS WITHOUT ADDING ADDITIONAL EQUIPMENT.

WHEREFORE PLAINTIFF DEMANDS DAMAGES IN EXCESS OF STATUTORY MINIUM OF THIS COURT PLUS ALL COST ASSOCIATED WITH THIS ACTION.

COUNT II ------     <u>CONSPIRACY TO DEFRUAD</u>

THE DEFENDANTS BOBBY HANSEN, CHUCK STEVENS, CHUCK STEVENS C/D/J AND COMPASS BANK SENIOR LOAN OFFICER HAROLD @ (800) 239-1996 (UNDER THE AUTHORITY OF MR. JOSE MARIA GARCIA MEYERS) CONSPIRED TO DEFRUAD THE PLAINTIFF BY RAISING THE MANUFACTURES SUGGESTED RETAIL PRICE WITHOUT ADDING ADDITIONAL EQUIPMENT ON THE 2008 JEEP COMPASS, TO REFLECT THE AMOUNT FINANCED TO EXCEED $7000.00 DOLLARS OVER THE PRICE ORIGINALLY QUOATED PLAINTIFF BY BOBBY HANSEL AND RAISING THE INTEREST RATE OVER WHAT COMPASS BANK STATED PLAINTIFF WERE ENTITLED TO WITHOUT DISCLOSURE SO AS TO PREVENT PLAINTIFF FROM RECEIVING PAYMENTS HE IS ENTITLED TO OR PREVENTING REFINANCING THIS VEHICLE TO ACHIEVE A MORE DESIRABLE PAYMENT, BECAUSE OF PLAINTIFF'S LACK OF KNOWLEDGE OF FINANCING, THE FACT PLAINTIFF IS AFRICAN AMERICAN AND HIS AGE.

WHEREFORE PLAINTIFF DEMANDS DAMAGES AS FOLLOW; DEFENDANTS TO CORRECT THE PRICE AND TERMS OF THIS TRANSACTION TO WHAT IS RIGHT AND JUST PLUS PAY ALL COSTS ASSOCIATED WITH THIS ACTION.


COUNT III ----------     <u>FRUAD</u>

ON THE DATE OF THIS TRANSACTION PLAINTIFF WERE GIVEN WHAT HE WERE TOLD HIS " CAR PAPERS " IN A (N) ENVELOPE AFTER LEAVING THE DEALERSHIP PLAINTIFF LOOKED AT THE PAPERS AND NOTICED THAT THE PRICE ON THIS CONTRACT WERE DIFFERENT FROM THE PRICE ON THE OTHER CONTRACT HE WAS TOLD TO SIGN AND THE TITLE APPLICATION WERE TO A VEHICLE OTHER THAN THE 2008 JEEP COMPASS ( A 2007 DODGE CHARGER). PLAINTIFF CALLED THE DEALERSHIP AND BOBBY HANSEN TOLD HIM TO " COME BACK TOMMORROW AND HE WOULD TAKE CARE OF IT." UPON ARRIVING THE FOLLOWING DAY AND SHOWING BOBBY HANSEN WHAT WAS THE MATTER, BOBBY HANSEN BECAME VERY I-RATE AND TOLD PLAINTIFF IF HE DID NOT LEAVE THAT HE WOULD CALL THE POLICE AND HAVE PLAINTIFF ARRESTED; BECAUSE THIS DEAL WERE FINAL. PLAINTIFF THEN CALLED CHUCK STEVENS (THE OWNER OF CHUCK STEVENS C/D/J), HE CAME THERE; PLAINTIFF SHOWED HIM WHAT WAS WRONG,

CHUCK STEVENS SAID HE WOULD NOT CHANGE THE CONTRACT. PLAINTIFF WENT HOME AND CALLED COMPASS BANK BECAUSE THIS WAS ON A COMPASS BANK CONTRACT AND CHUCK STEVENS AND HIS STAFF IS UNDER A DEALER AGREEMENT CONTRACT TO ACT AS AGENTS OF COMPASS BANK . PLAINTIFF TALKED TO CUSTOMER SERVICE PERSON DENISE T. @ 1-(866) – 887-9271 , THEN TO SUSAN FORD CUSTOMER SERVICE SUPERVISOR @ (205) 297-3968 , THEN TO JOHN L. HOLLAND DEALER DEPT. LOAN OFFICER @ (205) 238-2249 THEN TO TIFFANY JENNINGS DEALER LOAN OFFICER SUPERVISOR @ ( 713) 867 – 2848 IN HOUSTON , TEXAS ; THEN TO LINDA LEGGETT DEALER DEPT SUPERVISOR @ (713) 867-2846  AND ALSO THE EXECUTIVE ASST. TO MR. JOSE MARIA GARCIA MEYERS ( PRESIDENT OF COMPASS BANK ) @ (205)297-3000 AND EVEN FAXED COPIES OF THE DOCUMENTS ( CONTRACT AND TITLE APPLICATION TO THE 2007 DODGE CHARGER WHICH SHOWED COMPASS BANK AS LEIN HOLDER ) AND PLAINTIFF WERE TOLD HE WOULD HAVE TO TALK TO THE DEALER . THE DEALER WOULD NOT TALK , LEAVING PLAINTIFF NOT KNOWING IF HE HAD PURCHASED A 2008 JEEP COMPASS OR HOW MUCH IT COST. THE PURPOSE OF CREDIT DISCLOSURE PROVISIONS OF THE TRUTH IN LENDING STATUES AND THEIR UNDERLYING REGULATIONS IS TO INSURE MEANINGFUL DISCLOSURE OF CREDIT TERMS SO THAT CONSUMERS ARE ABLE TO READILY COMPARE VARIOUS AVAILABLE CREDIT TERMS TO AVOID UNIFORMED USE OF CREDIT .

    WHEREFORE PLAINTIFF DEMANDS DAMAGES AS FOLLOW : PLAINTIFF TO RECEIVE A PRICE AND TERMS OF FINANCE THAT IS JUST AND FAIR AND THE DEFENDANTS PAY ALL COST ASSOCIATED WITH THIS ACTION .

    PLAINTIFF DEMANDS TRIAL BY JURY .
  DONE THIS 18  DAY OF NOVEMBER 2008

                                         OSCAR L. DAVIS
                                         1716 JARRELL DR.
                                         WHISTLER , AL. 36612
                                         (251) 452-2407

CC: GEORGE M. WALKER
     NORMAN M . STOCKMAN
     ATTORNEYS FOR COMPASS BANK AND
     JOSE MARIA GARCIA MEYERS
     P .O. BOX 123
     MOBILE , AL . 36601

W. BEATTY PEARSON , ESQ.
ATTORNEY FOR BOBBY HANSEN
 CHUCH STEVENS , CHUCK STEVENS C /D/ J
P.O.BOX 7980
SPANISH FORT , AL . 36577

DAVID P. STEVENS
ATTY. FOR BOBBY HANSEN
CHUCK STEVENS , CHUCK STEVENS C/D/J
P. O. BOX 4128
MONTGOMERY , AL. 36103

## CERTIFICATE OF SERVICE

I OSCAR L . DAVIS , DO HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING ON THE DEFENDANTS ATTORNEYS  VIA  U.S. MAIL , FIRST CLASS POSTAGE PREPAID . DONE THIS __18__ DAY OF NOVEMBER 2008.

_Oscar L Davis_
OSCAR  L.  DAVIS

# Jeep® 2008 MODEL YEAR COMPASS SPORT 4X2 RALLYE EDITION

THIS VEHICLE IS MANUFACTURED TO MEET SPECIFIC UNITED STATES REQUIREMENTS. THIS VEHICLE IS NOT MANUFACTURED FOR SALE OR REGISTRATION OUTSIDE OF THE UNITED STATES.

MANUFACTURER'S SUGGESTED RETAIL PRICE OF THIS MODEL INCLUDING DEALER PREPARATION

► **Base Price:   $16,475** ◄

**JEEP COMPASS FWD (LHD)**
Exterior Color: Brilliant Black Crystal Pearl Coat Exterior Paint
Interior Color: Dark Slate Gray Interior Color
Interior: YES Essentials(R) Premium Cloth Bucket Seats
Engine: 2.4L 4-Cyl DOHC 16V Dual VVT Engine (172 hp)
Transmission: Continuously Variable Transaxle II

**STANDARD EQUIPMENT** (UNLESS REPLACED BY OPTIONAL EQUIPMENT)

FUNCTIONAL/SAFETY FEATURES
Advanced Multistage Front Air Bags**
Supp. Side Curtain Frt/Rr Air Bags
Electronic Stability Program
Electronic Roll Mitigation
Anti-Lock Frt Disc/Rr Drum Brakes
Brake Assist
Sentry Key Theft Deterrent System
Rear Window Defroster
Rear Window Wiper/Washer
Sliding SunVisors w/Mirrors
12V Auxiliary Power Outlet
Power Accessory Delay

INTERIOR FEATURES
Air Conditioning
Rear 60/40 Folding Seat
Ultrafloor Vinyl Load Floor Covering
AM/FM Compact Disc Radio
Sliding Armrest
Full Length Floor Console
Tilt Steering Column
Outside Temp Display in Odometer
Tire Pressure Monitoring Warning LP
Front Dome Lamp

EXTERIOR FEATURES
17" x 6.5" Aluminum Sparkle Silver Wheels
P215/60R17 Black Side Wall All Season Touring tires
Compact Spare Tire
Fog Lamps
Side Roof Rails
Halogen Headlamps

**OPTIONAL EQUIPMENT**
Customer Preferred Package 26E          $2,125

Height-Adjustable Driver's Seat
Passenger Assist Handles
YES Essentials(R) Premium Cloth Bucket Seats
Deep-Tint Sunscreen Glass
Power Fold-Away Mirrors
Power Windows with Driver's One-Touch-Down Feature
Speed-Sensitive Power Locks
Remote Keyless Entry
Illuminated Entry
Speed Control
Rear 60/40 Reclining and Folding Seat Backs
Front-Passenger Fold-Flat Seat Back
Auxiliary 115-Volt Power Outlet
Interior Removable/Rechargeable LED Flashlight
Map/Dome Reading Lamps
Premium Front and Rear Carpeted Floor Mats

Rallye Group                              $1,985
  18" x 7.0" Rallye Aluminum Wheels
  P215/55R18 Black Side Wall AS Performance Tires
  Body Color Kit by MOPAR
  Trunklid Spoiler
  Bright Exhaust Tip

Continuously Variable Transaxle II        $1,100
  AutoStick(R) Automatic Transmission

Includes Full Tank of Fuel                NO CHARGE

• **DESTINATION CHARGE**                  $580

► **TOTAL PRICE: * $22,265** ◄

**WARRANTY COVERAGE**
Lifetime Powertrain Limited Warranty.
3-year or 36,000-mile Basic Limited Warranty.
3-year or 36,000-mile 24-hour towing assistance.
Certain restrictions apply. Ask Dealer for a copy of the limited warranties or see your owner's manual for details.


LIFETIME POWERTRAIN WARRANTY

Assembly Point/Port of Entry: BELVIDERE, ILLINOIS, U.S.A.
VIN: 1J8-FT47W58D-715470    L4-VON: 4823    0410

SHIPTO: 68965 01
CHUCK STEVENS DODGE-CHRY-JEEP
400 HWY 31 SOUTH
BAY MINETTE    AL 36507-

SOLDTO: 66 68965
CHUCK STEVENS DODGE-CHRY-JEEP
400 HWY 31 SOUTH
BAY MINETTE    AL 36507-

THIS LABEL IS ADDED TO THIS VEHICLE TO COMPLY WITH FEDERAL LAW. THE LABEL CANNOT BE REMOVED OR ALTERED PRIOR TO DELIVERY TO THE ULTIMATE PURCHASER.
* STATE AND/OR LOCAL TAXES IF ANY, LICENSE AND TITLE FEES AND DEALER SUPPLIED AND INSTALLED OPTIONS AND ACCESSORIES ARE NOT INCLUDED IN THIS PRICE. DISCOUNT, IF ANY, IS BASED ON PRICE OF OPTIONS IF PURCHASED SEPARATELY.

**ALABAMA DEPARTMENT OF REVENUE**
MOTOR VEHICLE DIVISION - TITLE SECTION
P. O. Box 327666, Montgomery, AL 36132-7666

This duplicate copy serves as a permit for the operation of the motor vehicle described below until the revenue department issues a certificate of title or refuses to issue a certificate of title and shall continue to serve as evidence of ownership and as a permit for the operation of the vehicle after title is issued.

Application For Certificate of Title
MVT-5-1E (REV 06/06)

Application Number: E000566001
Application Date: 06/05/2008
Transaction Code: 01   Legend Codes: 71
Current Alabama Title #: _____
Enclosures: MS
Surrendering Out of State Title: _____
State: _____   Title #: _____
Gross Selling Price: $27,115.71
Trade-In Allowance: $14,135.96

**VEHICLE INFORMATION**
VIN: 2B3KA43R27H712377   Year: 2007   Make: DODG   Model: CHARGER   Body Type: 4D
Cylinders: 6   New/Used: New   Color: GRN   # Liens: 1
Purchase Date: 06/05/2008   Odo. Reading: 10 Miles   Reading Type: A - Actual

**OWNER INFORMATION (FELONY OFFENSE FOR FALSE ADDRESS)**

Name: DAVIS OSCAR L
Mailing Address: 1716 JARRELL DR
City, State, Zip: WHISTLER, AL 36612

Alabama Operator (Lessee) If Different:
Name: _____
Resident Address: _____
City, State, Zip: _____

**LIENHOLDER INFORMATION (FELONY OFFENSE FOR FAILURE TO NAME LIENHOLDER WITH INTENT TO DEFRAUD)**
Alabama law requires that the certificate of title be mailed to the first lienholder.

First Lienholder
Name: COMPASS BANK
Mailing Address: PO BOX 830939
City, State, Zip: BIRMINGHAM, AL 35283
Date of Lien: 06/05/2008

Second Lienholder
Name: _____
Mailing Address: _____
City, State, Zip: _____
Date of Lien: _____

**SELLER INFORMATION**
Name: CHUCK STEVENS AUTOMOTIVE INC.
Physical Address: P.O. BOX 939
City, State, Zip: BAY MINETTE, AL 36507

**SIGNATURES (FELONY OFFENSE FOR FALSE STATEMENTS)**
I, THE UNDERSIGNED, CERTIFY THAT THE VEHICLE DESCRIBED ABOVE IS OWNED BY ME AND I HEREBY MAKE APPLICATION FOR A CERTIFICATE OF TITLE FOR SAID MOTOR VEHICLE AND THIS VEHICLE WILL NOT BE THE SUBJECT OF LIEN PRIOR TO RECEIPT OF TITLE UNLESS INDICATED ABOVE. I FURTHER CERTIFY THAT ALL INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Owner Signature: /s/ Oscar L. Davis   Date: 6-5-08
Owner Signature: _____   Date: _____

I HEREBY CERTIFY THAT THE ABOVE DESCRIBED VEHICLE DESCRIBED HAS BEEN PHYSICALLY INSPECTED BY ME AS A DESIGNATED AGENT OF THE DEPARTMENT, AS REQUIRED BY LAW, AND THAT THE V.I.N. AND DESCRIPTIVE DATA SHOWN ON THIS APPLICATION ARE CORRECT AND FURTHER, I IDENTIFIED THE PERSON SIGNING THE APPLICATION AND WITNESSED THE SIGNATURE.

DA Signature: _____   Date: 6/5/08
DA Name: CHUCK STEVENS AUTOMOTIVE INC.   DA Account Number: 05-00294-00

ATTENTION APPLICANT: You can track the status of your title application by entering the title application number listed above at the following website: www.aletaps-status.com






# Chuck Stevens Automotive

P. O. BOX 7 • 400 HWY. 31 SOUTH • BAY MINETTE, AL 36507

**MOTOR VEHICLE PURCHASE ORDER**

Phone: (251) 937-1000
Fax: (251) 937-0980

Date: 06/05/2008
Salesman: FLYNN, ANGELA
Purchaser: OSCAR L DAVIS
Res. Phone: (251) 452-240(?)   Bus. Phone: _____
Mailing Address: 1716 JARRELL DR   City: WHISTLER   State: AL   Zip: 36612
Physical Address: _____   City: _____   State: _____   Zip: _____

I hereby agree to purchase from you under the terms and conditions specified, the following: Delivery to be made JUN 05, 2008 or as soon thereafter as possible. It is agreed, however, that neither you nor the Manufacturer will be liable for failure to effect delivery.

☐ Demo  ☐ New  ☐ Used
Year: 2008   Make: JEEP   Cyl: 4   Model: COMPASS   Body Style: UT   Stock No.: J1077
Color: BLK   Trim: _____   VIN: 1J8FT47W58D715470
License No.: _____   Decal No.: _____   Key No's: _____   Mileage at Delivery: 10

## LIEN HOLDER INFORMATION

LIEN HOLDER: COMPASS BANK
MAILING ADDRESS: PO BOX 830939
CITY, STATE, ZIP: BIRMINGHAM AL 35283
INSURANCE CO: _____
ADDRESS: _____   PHONE: _____
CITY: _____   STATE: _____   ZIP: _____
AGENT: _____
POLICY #: _____
EFFECTIVE FROM: _____ TO: _____
COMP DED. $_____   COLL DED. $_____

## DESCRIPTION OF TRADE-IN

YEAR: 2006   MAKE: DODG   MODEL: DAKO   TYPE: QC   COLOR: RED
CYL: _____   LICENSE: _____   DECAL: _____   MILEAGE: 20722
VIN: 1D7HE48N65S269181
TRADE-IN LIEN HOLDER: WELLS FARGO
ADDRESS: _____
AMOUNT OF PAY-OFF: 14135.96   QUOTED BY: _____
ACCT #: _____   GOOD THRU: _____

| | $ |
|---|---|
| LIST PRICE | 27115.71 |
| UNDERCOATING | N.A. |
| RUSTPROOF | N.A. |
| PAINT SEALANT | N.A. |
| FABRIC GUARD | N.A. |
| OPTIONAL EQUIPMENT | N.A. |
| TOTAL SALES PRICE | 27115.71 |
| TRADE-IN ALLOWANCE | 14135.96 |
| DIFFERENCE | 12979.75 |
| BILLING & CLERICAL FEES | 399.50 |
| SUB-TOTAL | 13379.25 |
| ALABAMA SALES TAX | 468.27 |
| TITLE FEE | 16.50 |
| EXTENDED SERVICE PLAN | 2226.00 |
| SUB-TOTAL | 16090.02 |
| AMOUNT OWING ON TRADE-IN | 14135.96 |
| TOTAL AMOUNT DUE | 30225.98 |
| DEPOSIT WITH ORDER: Rec. # | 1500.00 |
| CASH ON DELIVERY: Rec. # | N.A. |
| UNPAID BALANCE DUE | $ 28725.98 |

As part of the purchase price, the Purchaser does hereby grant, bargain, sell and convey the above described automobile to Seller. Purchaser warrants title to and possession of said automobile to be in him, and that same is free from encumbrances, and all debts, except the pay-off amount stated above. Purchaser further warrants his good right to sell and deliver the above described automobile.

## DISCLAIMER OF WARRANTIES

NEW VEHICLE: All warranties on this new vehicle are those offered by the Manufacturer. The Seller hereby expressly disclaims all warranties either expressed or implied including any implied warranty of MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE and the Seller neither assumes nor authorizes any person to assume for it any liability in connection with the sale of the vehicle. This disclaimer by the Seller in no way affects the terms of the Manufacturer's warranty. Buyer shall not be entitled to recover from the Selling Dealer any consequential damages to property, damages for loss of use, loss of time, loss of profits, or income, or any other incidental damages.

Purchaser hereby acknowledges that he has read and understands the above and that Seller has made available to him, prior to the purchase, the factory warranty which Purchaser understands constitutes all of the warranties with respect to the sale of this new vehicle.

Used Car Value - Dodge Dakota Pickup-1/2 Ton-V6 Quad Cab SLT                    Page 1 of 2



**Vehicle Pricing & Information**

Autos   Classic Cars   Motorcycles   Boats   Recreation Vehicles   Manufactured Homes   Buy a Price Gu
New Car   Used Car   Find Your Car | Reviews | Compare Cars | Car Loans & Insurance | New Car Dealer Quote | Take a Sh

Body Style > Make > Year > Model & Trim > Mileage & Options > **Value Report**

## 2005 Dodge Dakota Pickup-1/2 Ton-V6 Quad Cab SLT

- Standard Features
- Specs & Performance
- Photos & 360 Views
- Expert Reviews
- Safety



More Photos



June 09, 2008

🖨 print this page    ✉ email a friend

### PRICING

| | Clean Trade-In | Clean |
|---|---|---|
| Base Price | $11,650 | |
| Mileage - 20,500 miles | $1,200 | |
| **Options** | | |
| 4.7L V8 Engine | $475 | |
| Add Fiberglass Cap (Pickups) | $550 | |
| Add Trailer Towing/Camper Pkg. | $175 | |
| Aluminum/Alloy Wheels (Std. SLT, Laramie) | $200 | |
| Cruise Control (Std. SLT, Laramie) | $175 | |
| Power Seat (Std. Laramie) | $200 | |
| **TOTAL PRICE** | **$14,625** | $ |

* This Retail price is based on a clean vehicle history report. Don't make a $17,300 mistake. Get a F Check today.

### NEXT STEPS

| | |
|---|---|
| Free Finance Quote | Find this Vehicle |
| Lower your Insurance Payment | Sell Your Car |
| Get a Free Credit Report | Get DMV Forms to Transfer Title |
| Finance & Insurance Center | Payment Calculator |

Note: Vehicles with low mileage that are in exceptionally good condition and/or include a manufacturer certifica worth a significantly higher value than the Retail price shown.

Disclosure statement

**Vehicle History Report**
Get a Free VIN Check
Press GO or Enter VIN  [GO]


**Find Your Car**
Dodge ▼
ZIP [   ]
[GO]


**Get Financing**
Apply for a Loan Now
 [GO]

**Lower Your Premium**
Free Online Insurance Quote
 [GO]

**Trusted Partners**
Find a Dealer
Check Your Credit
Donate Your Vehicle
DMV Forms

**Sell Your Car**

Sell It Now [GO]

| | | Buyer (and Co-Buyer) Full Name and Address (Include County & Zip Code) | Seller (Creditor) Name, Street Address Phone Number |
|---|---|---|---|
| **INSTALLMENT SALES CONTRACT AND SECURITY AGREEMENT** Simple Interest Method (Alabama) | | OSCAR DAVIS 1716 JARRELL DR WHISTLER AL 36612 | CHUCK STEVENS AUTOMOTIVE 400 S. US HWY 31 BAY MINETTE, AL 36507 251-937-2961 |
| Date: 06/05/08 | | | |

In this Installment Sales Contract and Security Agreement (the "Contract"), the words "I", "me", and "mine" refer to the Buyer and any Co-Buyer. The words "you", "your" refer to the Seller and, after assignment of this Contract, to Compass Bank and/or any subsequent or other assignee.

I understand that I may buy the Vehicle described below for cash or on credit. The cash price is shown below in the "Itemization of Amount Financed" as "Total Cash Price." The credit price is shown below in the federal Truth in Lending disclosure box as "Total Sale Price." By signing below, I choose to buy the Vehicle on credit under the terms of this Contract.

**Vehicle Description.** I agree to buy and you agree to sell the following Vehicle:

| Year | Model | Body Type | License No./Year | Serial No. |
|---|---|---|---|---|
| 2008 | COMPASS | UT | N/A | 1J8FT47W58D715470 |

### FEDERAL TRUTH IN LENDING ACT DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of my credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost me. | Amount Financed The amount of credit provided to me or on my behalf. | Total of Payments The amount I will have paid when I have made all scheduled payments. | Total Sale Price The total cost of my purchase on credit, including my down payment of $ 1500.00 |
|---|---|---|---|---|
| 8.45 % | $ 8714.02 | $ 29520.98 | $ 38235.00 | $ 39735.00 |

| My Payment Schedule | Number of Payments | Amount of Payments | When Payments are Due |
|---|---|---|---|
| | 75 | 509.80 | 07/20/08 |
| | N/A | N/A | N/A |
| | N/A | N/A | N/A |

**Security:** I am giving you a security interest in the Vehicle being purchased.

**Late Charge:** If a payment is not made within ten (10) days after it is due, I will be charged five percent (5%) of the unpaid portion of the scheduled payment or $10.00, whichever is greater, but a late charge will not exceed $100.

**Prepayment:** If I pay off early, I will not have to pay a penalty.

**Additional Information:** Other sections of this Contract contain additional information about nonpayment, default, any required repayment in full before the scheduled date, and security interests.

**PAYMENTS BEFORE OR AFTER DUE DATE:** THE FINANCE CHARGE UNDER THIS CONTRACT IS CALCULATED ON A SIMPLE INTEREST BASIS. The amount of the finance charge disclosed above likely will differ from the amount I actually pay. The earlier I make payments before their due dates, the less finance charge I will pay. On the other hand, the later I make payments after they are due, the greater the finance charge I will pay. The amount I actually owe on the date of my final scheduled payment may be different than the disclosed amount of my final payment.

**CREDIT INSURANCE AND PROPERTY INSURANCE**
Credit life insurance and credit disability insurance are not required in order to obtain credit, and will not be provided unless I sign for them and agree to pay the additional costs. If I choose to purchase credit insurance coverage and am accepted by the insurance company, the terms of this coverage will be described in the policies or certificates issued by the insurance company.

| Type | Premium | Term |
|---|---|---|
| Credit Life | N/A | N/A |
| Credit Disability | N/A | N/A |
| Joint Credit Life | N/A | N/A |

I want credit life insurance.
Buyer's Signature: N/A

I want credit disability insurance.
Buyer's Signature: N/A

We want joint credit life insurance.
Buyer's Signature: N/A

Co-Buyer's Signature: N/A

**PROPERTY INSURANCE NOTICE:** I am required to insure the Vehicle, as described in Section 10 on the back of this Contract. I shall have the option of furnishing the required property insurance either through my existing insurance policies or by obtaining from the person of my choice the required property insurance coverage through any insurance company authorized to transact business in Alabama.

I have bought or promptly will buy the required property insurance through: (Insurance Company and Agent)

**ITEMIZATION OF AMOUNT FINANCED**
1. A. Cash Price (including taxes and vehicle services) ........ $ 27583.98 (A)
   B. Other ........................................... $ 795.00 (B)
   TOTAL CASH PRICE (1A THROUGH B) .......... $ 28378.98
2. A. Trade-in (Described below) ............. $ 14135.96 (A)
   2005 DODGE DAKOTA
   1D7HE48N65S269181
   B. Pay Off (if any) ............................... $ 14135.96 (B)
   C. NET TRADE-IN (2A minus B) ............ $ N/A (C)
   D. Cash Downpayment .................... $ 1500.00 (D)
   TOTAL DOWNPAYMENT (2C + D) ............ $ 1500.00
3. NET CASH PRICE (1 minus 2) .......... $ 26878.98
4. Amount Paid to Others on My Behalf (Seller may retain a portion of these amounts).
   A. To Insurance Companies ............ $ N/A (A)
   To Public Officials:
   B. UCC Filing Fees or Certificate of Title Fees ........... $ 16.50 (B)
   C. License/Registration Fees ............ $ N/A (C)
   Additional Charges
   D. To PERFORMANCE FIRST
   for Vehicle Service Contract (optional) ..... $ 2226.00 (D)
   E. To CHUCK STEVENS AUTO
   for CLERICAL/DOC FEE ........ $ 399.50 (E)
   TOTAL OTHER CHARGES (4A through E) ........ $ 2642.00
5. AMOUNT FINANCED (3+4) .......... $ 29520.98

*You do not require the purchase of any vehicle service contract as a condition to