## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

OSCAR L. DAVIS,                         :

    Plaintiff,                         :

vs.                                     :     CA 08-0560-CG-C

COMPASS BANK, et al.,                   :

    Defendants.

## **ORDER**

This cause is before the Court on the motion to dismiss filed by defendants Chuck Stevens, Bobby Hansen, and Chuck Stevens Automotive, Inc. (Doc. 14). Plaintiff is **ORDERED** to file his response to the motion to dismiss on or before **December 11, 2008**.

Because the Rule 26(f) report is due to be filed by the parties not later than December 11, 2008 (Doc. 10), this cause shall come on for a Rule 16(b) scheduling conference on **December 18, 2008**, at 10:00 a.m., in Courtroom 3A, United States Courthouse, Mobile, Alabama. Mr. Davis is specifically advised that during this conference the undersigned will entertain the relevant

parties' oral arguments regarding the pending motion to dismiss.

**DONE** and **ORDERED** this the 24th day of November, 2008.

   s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**