# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **OSCAR L. DAVIS,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CIVIL ACTION 08-0560-CG-C** |
| **COMPASS BANK, HOSEA MARIA GARCIA MEYERS, CHUCK STEVENS, CHUCK  STEVENS C D J., BOBBY HENSELL,** | : | |
| | : | |
| | : | |
| **Defendants.** | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** for failure to state a claim for relief on the alleged federal cause of action, and for lack of subject-matter jurisdiction on the state causes of action.

**DONE and ORDERED** this 20th day of May, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE