## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **OSCAR L. DAVIS,** | **:** | |
| **Plaintiff,** | **:** | |
| vs. | **:** | **CIVIL ACTION 08-0560-CG-C** |
| **COMPASS BANK, HOSEA MARIA GARCIA MEYERS, CHUCK STEVENS, CHUCK STEVENS C D J., BOBBY HENSELL,** | **:** **:** | |
| | **:** | |
| **Defendants.** | | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** with prejudice, no costs to be taxed.

**DONE and ORDERED** this 20th day of May, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE