IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

OSCAR L. DAVIS
    PLAINTIFF

VS                                       CIVIL ACTION : 08 - CV- 560

COMPASS BANK et al
    DEFENDANTS

## NOTICE OF APPEAL

    COME NOW PLAINTIFF OSCAR L. DAVIS AND HEREBY GIVE NOTICE OF APPEAL TO THE UNITED STATES COURT OF CIVIL APPEALS FOR THE 11th CIRCUIT AND IN SUPPORT THEREOF AVERS AS FOLLOW :

1) THE ELEVENTH CIRCUIT COURT OF CIVIL APPEALS HAS JURISDICTION OF FINAL JUDGMENTS OF THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA .

2) DENIAL OF PLAINTIFF'S MOTION TO SET - ASIDE JUDGMENT ENTERED JUNE 12 , 2009 IS A FINAL ORDER.

3) APPEAL IS A RIGHT WHEN TAKEN .

    FOR ALL OF THE ABOVE REASONS BOTH JOINTLY AND SEVERALLY PLAINTIFF HEREBY GIVE NOTICE OF APPEAL TO THE U.S. COURT OF CIVIL APPEALS 11th CIRCUIT.
    DONE THIS <u>22ND</u> DAY OF JUNE 2009 .

*/s/ Oscar L. Davis*
OSCAR L. DAVIS
1716 JARRELL DR.
WHISTLER , AL. 36612
( 251) 452-2407

## ISSUES ON APPEAL

1) DENIAL PLAINTIFF HIS CONSTITUTIONAL RIGHT OF DUE PROCESS OF LAW, GURANTEED BY THE CONSTITUTION OF THE UNITED STATES.

2) DENIAL PLAINTIFF HIS RIGHT TO EQUAL PROTECTION OF LAW GURANTEED BY THE CONSTITUTION OF THE UNITED STATES OF AMERICA.

## CERTIFICATE OF SERVICE

I OSCAR L. DAVIS DO HEREBY CERTIFY THAT I AHVE SERVED A COPY OF THE FOREGOING ON THE DEFENDANTS ATTORNEYS VIA U.S. MAIL FIRST CLASS POSTAGE PREPAID. DONE THIS 22 nd DAY OF JUNE 2009 .

*OSCAR L. DAVIS*

CC : GEORGE M WALKER
    NORMAN M. STOCKMAN
ATTY. FOR COMPASS BANK
    P.O.BOX_____
    MOBILE , AL.

    DAVID P. STEVENS
    ATTY. FOR BOBBY HENSELL
    CHUCK STEVENS C/D/J
    CHUCK STEVENS
    P.O. BOX _____
    MONTGOMERY , AL. 36103