Charles R. Diard Jr.
Clerk, U.S. District Court
113 SAINT JOSEPH ST
MOBILE AL 36602-3606

September 10, 2009

**Appeal Number: 09-13207-HH**
Case Style: Oscar L. Davis v. Compass Bank
District Court Number: 08-00560 CV-CG-C

TO:   Charles R. Diard Jr.

CC:   Oscar L. Davis

CC:   Norman M. Stockman

CC:   David P. Stevens

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

September 10, 2009

Charles R. Diard Jr.
Clerk, U.S. District Court
113 SAINT JOSEPH ST
MOBILE  AL  36602-3606

**Appeal Number: 09-13207-HH**
Case Style: Oscar L. Davis v. Compass Bank
District Court Number:  08-00560 CV-CG-C

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.  Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on September 2, 2009.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."  See 11th Cir. R. 42-2(e), 42-3(e).

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Joe Caruso (404) 335-6177

Encl.

DIS-2CIV (8-2008)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 09-13207-HH

OSCAR L. DAVIS,

Plaintiff-Appellant,

versus

COMPASS BANK, ET AL.,

Defendants-Appellees.

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEP 10 2009
THOMAS K. KAHN
CLERK

Appeal from the United States District Court for the

Southern District Of Alabama

ENTRY OF DISMISSAL

Pursuant to 11th Cir.R.42-2(c), this appeal is hereby dismissed for want of prosecution because appellant has failed to file an appellant's brief and record excerpts within the time fixed by the rules, effective this 10th day of September, 2009.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Joe Caruso
Deputy Clerk

FOR THE COURT - BY DIRECTION

A TRUE COPY - ATTESTED:
CLERK U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

By: _____
DEPUTY CLERK
ATLANTA, GEORGIA

ORD-40